# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ZACHARY AARON JOHNSON | ) Case No:  88-50070-10 |
| | ) USM No: 10507-039 |
| Date of Previous Judgment:  10/24/1989 | ) David Koelzer |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ❏ the defendant  ❏ the Director of the Bureau of Prisons  ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  ❏ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____324____ months **is reduced to** _____262_____.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _____10/24/1989_____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  May 13, 2008                        s/Paul D. Borman
                                                                   Judge's signature

Effective Date: _____        Paul D. Borman, U.S. District Judge
              (if different from order date)                Printed name and title